LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN OVIATT, | ) | No.  EDCV 11-978 PLA |
| | ) | |
| Plaintiff, | ) | <u>ORDER AWARDING</u> |
| | ) | <u>EAJA FEES</u> |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND NINE HUNDRED THIRTY ONE DOLLARS AND 53/100 ($1,931.53) subject to the terms of the stipulation.

    DATE:  April 26, 2012    _____

                   HON. PAUL L. ABRAMS
                   UNITED STATES MAGISTRATE JUDGE

-1-